### A. B. RODGERS V. THE STATE.

No. 4691.   Decided November 14, 1917.

**Keeping Bawdy House—Objections to Charge of Court.**

Where the charge of the court was not objected to until motion for new trial was filed, the judgment must be affirmed in the absence of a statement of facts and bills of exception.

Appeal from the County Court of Jefferson.   Tried below before the Hon. D. P. Wheat.

Appeal from a conviction of keeping a bawdy house; penalty, twenty days imprisonment in the county jail and a fine of two hundred dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—This appeal is from a conviction for keeping a bawdy house, the punishment being assessed at a fine of $200 and twenty days imprisonment in the county jail.

The complaint and information appear regular. The case was tried before a jury, who were instructed by the court in a charge not complained of by any bill of exceptions found in the record, though in the motion for a new trial there is complaint of one of its provisions. There is no statement of facts or bills of exception. In this state of the record there is nothing presented which this court can review.

The judgment of the lower court is, therefore, affirmed.

*Affirmed.*